# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___

FEB 09 2017

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY MO 93 _____ DEPUTY

UNITED STATES OF AMERICA

v.

Thomas Lehner
**Defendant**

Citation No(s): 16-mj-01390

Docket No: _____

\* \* \* \* \* \* \* \* \* \* \* \*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| OAS | Dismissed | | | |

**TOTAL DUE:** $ 0

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363
    (or you may pay online at www.cvb.uscourts.gov)
☐ Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201

☐ Waive Initial Appearance        ☐ Continue to Obtain License
☐ Continue for Payment            ☐ Continue to Retain Attorney
☐ Set for Trial                   ☐ New Court Date: _____
☒ Dismissed by the Government            at: _____ a.m.

COMMENTS: _____

Defendant's Signature

Assistant U.S. Attorney

Date: 1/25/2017

Attorney for Defendant

*Original – Court          Yellow – Defendant          Pink – AUSA*

Plea Agreement (01/2013) Triple